FRED F. SIGAFOOS v. STATE OF N. J., BD. OF TRUSTEES, POLICE & FIREMEN'S RETIREMENT SYSTEM.

November 9, 1976. Petition for certification denied. (See 143 *N. J. Super.* 469)

STATE OF NEW JERSEY v. JERRY TRONOLONE.

November 9, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH SATKIN.

November 9, 1976. Petition for certification denied.

GIRARD ACCEPTANCE CORPORATION v. EDWARD W. WALLACE.

November 9, 1976. Petition for certification granted. (See 141 *N. J. Super.* 171)

ERNEST BELEN v. WOODBRIDGE TOWNSHIP BOARD OF EDUCATION.

November 9, 1976. Petition for certification denied. (See 142 *N. J. Super.* 486)